IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| SHIWEN CHEN,           |                                    |
|------------------------|------------------------------------|
| Plaintiff,             | Civil Case No.: 2:25-cv-01818-WSS  |
| v.                     |                                    |
| SCHEDULE A DEFENDANTS, |                                    |
| Defendants.            |                                    |

**NOTICE OF VOLUNTARY DISMISSAL**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, the following defendants form this action:

| No. | Defendant       | ASIN        | Platform |
|-----|-----------------|-------------|----------|
| 2   | Artlunar        | B0DJ4M4LY6  | Amazon   |
| 10  | Pronature Store | B0DJVKD7JT  | Amazon   |

Date: December 15, 2025

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CBN 279327)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289
*Attorneys for Plaintiff*

1