IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN, <br><br> Plaintiff, <br><br> v. <br><br> SCHEDULE A DEFENDANTS, <br><br> Defendants. | Civil Case No.: 2:25-cv-01818-WSS |

**NOTICE OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Shiwen Chen notices dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." None of the Schedule A Defendants has served an answer or motion for summary judgment in this action. Plaintiff Shiwen Chen accordingly notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

///

///

///

///

1

Date: December 19, 2025

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CBN 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*